1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11  LEE THIEL PAYNE,                           Case No. CV 12-10035 MMM (JCG)
                                              )
12              Petitioner,                    )   **ORDER ACCEPTING REPORT AND**
                                              )   **RECOMMENDATION OF UNITED**
13         v.                                  )   **STATES MAGISTRATE JUDGE AND**
                                              )   **DENYING CERTIFICATE OF**
14  CONNIE GIPSON, Warden, *et al.*,           )   **APPEALABILITY AND**
                                              )   **EVIDENTIARY HEARING**
15              Respondents.                   )
                                              )
16  ─────────────────────────────
17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate
18  Judge's Report and Recommendation, both parties' Objections to the Report and
19  Recommendation, and the remaining record, and has made a *de novo* determination.
20         Petitioner's Objections reiterate the arguments made in the Second Amended
21  Petition and Reply, and lack merit for the reasons set forth in the Report and
22  Recommendation.
23         Respondents' Objections oppose the Report and Recommendation's finding that
24  certain of Petitioner's claims were timely.  It is true that new claims must "relate back to
25  claims properly contained in the original petition – that is, those claims that were
26  exhausted at the time of filing." *King v. Ryan*, 564 F.3d 1133, 1142 (9th Cir. 2009) (citing
27  *Mayle v. Felix*, 545 U.S. 644 (2005)).
28

The Court nonetheless agrees with the Magistrate Judge's finding that Petitioner's claims can and should be rejected on their merits.  *See Lambrix v. Singletary*, 520 U.S. 518, 525 (1997) (in the interest of judicial economy, the court may address a petition's merits without reaching procedural issues); *Van Buskirk v. Baldwin*, 265 F.3d 1080, 1083 (9th Cir. 2001) (declining "to reach the complex questions lurking in the time bar of the AEDPA" where the district court "decided the case on the merits, and on the merits it was right as a matter of law").

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice;

3.     All pending motions are denied as moot and terminated; and

4.     The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of appealability.

Nor is Petitioner entitled to an evidentiary hearing.  *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-decision at the time it was made.  It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

DATED: July 10, 2015

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE