JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE THIEL PAYNE, | Case No. CV 12-10035 MMM (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, Warden, *et al.*, | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: July 10, 2015

*Margaret M. Morrow*

_____

HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE